## PROPOSED ORDER/COVER SHEET

**FILED**
JUL 2 8 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO: Honorable Maria Elena James
U.S. Magistrate Judge

RE: Jane Faalataina

FROM: Claudette Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.: 3-05-70092

CR 05-140 WHA

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Rich Sarlatte
U.S. Pretrial Services Officer

415 436-7508
TELEPHONE NUMBER

RE: VIOLATION OF RELEASE CONDITIONS

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _B_ on _8/4_ at _9:30_.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)
A.
B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:
_____
_____
_____

_____
JUDICIAL OFFICER

July 27, 2005
DATE

Cover Sheet (12/03/02)