CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Telephone: (415) 362-6252
Facsimile: (415) 677-9445

Attorney for JANE FAALATAINA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00140 WHA |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | [~~PROPOSED~~] ORDER |
| ) | |
| JANE FAALATAINA, ) | |
| Defendants. ) | |

Due to the schedules of counsel and the Court the bail review presently set for August 4, 2005 at 9 a.m. is continued until September 8, 2005 at ~~9 a.m.~~ 10:00 A,M,.

DATED: August 3, 2005

Christopher J. Cannon
Counsel for Jane Faalataina

STIPULATION AND [PROPOSED] ORDER

1

1

2   DATED: August 2, 2005

3   
    Jeffrey Finigan
    Assistant U.S. Attorney

4

5   IT IS SO ORDERED.

6

7

8

9   DATED: August 9, 2005

10  Hon. Maria-Elena James
    Untied States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  STIPULATION AND [PROPOSED] ORDER

2